IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| EAST TENNESSEE NATURAL GAS COMPANY, | ) ) ) | Case No. 4:02cv00215 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT IN A CIVIL CASE** |
| 3.51 ACRES IN WYTHE COUNTY, VIRGINIA, | ) ) ) ) ) | |
| Defendants. | | |

This action came before the Court. In accordance with the findings of the commission adopted as modified by this Court, it is **ORDERED AND ADJUDGED** that judgment is granted to Defendants in the amount of $12,568. Plaintiff is **ORDERED** to restore the Dairy Farm driveway to its original condition and to remove the boulder left on the Cartersville Heights property. The case is hereby **DISMISSED.**

The clerk is directed to send certified copies of this Order to the commissioners and counsel of record. The clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

ENTERED this 26th day of July, 2005.

s/Jackson L. Kiser
Senior United States District Judge

-1-