IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 0 1 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS CO., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| 3.51 ACRES IN WYTHE COUNTY, ) | |
| VIRGINIA, ET. AL., ) | CIVIL ACTION NO.: 4:02CV000215 |
| Defendants. ) | |

Plaintiff previously deposited with the Clerk of this Court a sum of $9,397.00. Pursuant to the Judgment Order entered in this matter on July 26, 2005, it is hereby ADJUDGED, ORDERED AND DECREED that the Clerk of the Court shall issue a check payable to Gary M. Bowman, Esq., 306 Market Street, Roanoke, VA 24011, as attorney for Ronnie Goforth and Susan Goforth in the amount of $9,397.00, which represents the total amount deposited by Plaintiff in this case. The Clerk of the Court is further ORDERED to disperse the amount with interest and, as indicated in my November 24, 2003 Order, to deduct the registry fee for maintaining the account in the Court Registry Investment System. Plaintiff shall pay Defendants Ronnie Goforth and Susan Goforth the remaining monies.

The Clerk is directed to send a certified copy of this Order to counsel of record in the above-styled cases.

Entered this 1st day of August, 2005.

Senior United States District Judge